# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Sharmaine Lewis | : | |
| | : | |
| vs. | : | Civil Action No. 20-4368 |
| | : | |
| National Board of Osteopathic Medical Examiners, Inc. | : | |
| | : | |

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

It is hereby stipulated by and between counsel for Plaintiff and counsel for Defendant shall be granted an extension of time, to and including October 20, 2020 to answer, plead or otherwise move in response to Plaintiff's Complaint.

**LAW OFFICE OF CHARLES WEINER**   **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

BY: /s/ Charles Weiner   BY: _____
CHARLES WEINER   LEE C. DURIVAGE
Identification Number: 52926   Identification Number: 205928
Cambria Corporate Center   2000 Market Street, Suite 2300
501 Cambria Avenue   Philadelphia, PA  19103
Bensalem, PA 19020   Phone: (215) 575-2584
Phone: (267) 685-6311

Attorney for Plaintiff   Attorney for Defendant

APPROVED BY:

_____
J.