IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Sharmaine Lewis                               :
                                              :
            vs.                               :         Civil Action No. 20-4368
                                              :
National Board of Osteopathic Medical         :
Examiners, Inc.                               :

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

It is hereby stipulated by and between counsel for Plaintiff and counsel for Defendant shall be granted an extension of time, to and including October 20, 2020 to answer, plead or otherwise move in response to Plaintiff's Complaint.

| **LAW OFFICE OF CHARLES WEINER** | **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** |
|---|---|
| BY: /s/ Charles Weiner | BY: _____ |
| CHARLES WEINER | LEE C. DURIVAGE |
| Identification Number: 52926 | Identification Number: 205928 |
| Cambria Corporate Center | 2000 Market Street, Suite 2300 |
| 501 Cambria Avenue | Philadelphia, PA  19103 |
| Bensalem, PA 19020 | Phone: (215) 575-2584 |
| Phone: (267) 685-6311 | |
| Attorney for Plaintiff | Attorney for Defendant |

APPROVED BY:

/s/ Hon. Jan E. DuBois
_____
                                                                                  J.

Dated: September 23, 2020