UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHARMAINE LEWIS,
    Plaintiff,

vs.

NATIONAL BOARD OF OSTEOPATHIC
MEDICAL EXAMINERS, INC.,
    Defendant

Case 2:20-cv-04368-JD

## DEFENDANT NBOME'S MOTION TO TRANSFER
## PER 28 U.S.C. § 1404(a) and FORUM SELECTION CLAUSE

COMES NOW Defendant, National Board of Osteopathic Medical Examiners, Inc. ("NBOME"), by counsel, and moves for an order transferring all claims of Plaintiff, Sharmaine Lewis, against the defendant, NBOME, in this action to the United States District Court, Southern District of Indiana, per 28 U.S.C. § 1404(a) and the *forum selection clause* agreed to by the Plaintiff.

In support of this motion to transfer, NBOME files contemporaneously herewith its "Memorandum in Support of Motion to Transfer Per 28 U.S.C. §1404(a) and Forum Selection Clause," including the supporting Declaration of Joseph Flamini.

WHEREFORE, Defendant NBOME prays that this motion be GRANTED, that the Court direct the clerk to transfer all claims of Plaintiff against the NBOME in this action to the United States District Court, Southern District of Indiana, and for all other just and proper relief.

Date:   October 16, 2020

Respectfully Submitted,

/s/ Sydney L Steele
Sydney L Steele, Esq. *Pro Hac Vice* (Ind. Atty. 694-49)
KROGER GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, Indiana 49204
(317) 692-9000; sls@kgrlaw.com

/s/ Lee C. Durivage
Lee C. Durivage, Esq. (Identification No. 205928)
MARSHALL DENNEHEY WARNER COLEMAN
&GOGGIN
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2584; LCDurivage@MDWCG.com

Attorneys for Defendant,
NATIONAL BOARD OF OSTEOPATHIC
MEDICAL EXAMINERS, INC.

**CERTIFICATION OF SERVICE**

I, Sydney L Steele, Esquire, do hereby certify that on October 16, 2020 a true and correct copy of foregoing motion was served upon the following Plaintiff's counsel via email and by electronic service through the Court's ECF system:

Charles Weiner, Esquire
**LAW OFFICE OF CHARLES WEINER**
Cambria Corporate Center
501 Cambria Avenue
Bensalem, PA 19020
charles@charlesweinerlaw.com

Mary C. Vargas, Esquire
**STEIN & VARGAS LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
(240) 793-3185
Mary.Vargas@steinvargas.com

/s/ Sydney L Steele

2