# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARMAINE LEWIS,<br>Plaintiff,<br><br>vs.<br><br>NATIONAL BOARD OF OSTEOPATHIC<br>MEDICAL EXAMINERS, INC.,<br>Defendant | Case 2:20-cv-04368-JD |

### ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER
### PER 28 U.S.C. § 1404(a) and FORUM SELECTION CLAUSE

Defendant, National Board of Osteopathic Medical Examiners, Inc., moves for an order transferring this action and all claims of Plaintiff, Sharmaine Lewis, against the Defendant in this action to the United States District Court, Southern District of Indiana, per 28 U.S.C. § 1404(a) and the *forum selection clause* agreed to by the Plaintiff.

The Court, being duly advised, GRANTS Defendant's motion.

THEREFORE, the Court hereby directs and orders the Clerk of this Court to transfer this action and all claims of Plaintiff against the Defendant in this action to the United States District Court, Southern District of Indiana, Indianapolis Division.

SO ORDERED this date: _____

_____
Hon. Jan E. DuBois. District Judge

Service: All counsel of record via the Court's ECF system,