

| | |
|---|---|
| Cambria Corporate Center | 267-685-6311 |
| 501 Cambria Avenue | 215-604-1507 (fax) |
| Bensalem, PA 19020 | www.CharlesWeinerLaw.com |

October 20, 2020

The Honorable Jan E. DuBois
12613 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    Lewis v. National Board Of Osteopathic Medical Examiners
              C.A. No. 20-cv-04368

Dear Judge DuBois:

This office represents the Plaintiff in the above captioned matter. On October 16, 2020, Defendant filed a Motion to Transfer per 28 U.S.C. §1404(a) and Forum Selection Clause. Under Local Rules, Plaintiff's Response is due October 30, 2020. We are writing to request an extension of time to respond to November 16, 2020. We have contacted Defendant's counsel and he does not oppose the requested extension.

The extension is necessary in order to afford brief discovery on the issue. Defendant's Motion is supported by a Declaration from one of Defendant's officers. We are in the process of scheduling his deposition to inquire about matters relating to Defendant's Motion. Accordingly, we request the additional time to take the aforementioned deposition, which is necessary to respond to Defendant's Motion.

Thank you for your consideration.

Very truly yours,
    /s/

Charles Weiner

cc:    Mary C. Vargas, Esq. (via e-mail)
        Sydney Steele, Esq. (via e-mail)