IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHARMAINE LEWIS,**<br>    **Plaintiff,**<br><br>    v.<br><br>**NATIONAL BOARD OF OSTEOPATHIC**<br>**MEDICAL EXAMINERS, INC.,**<br>    **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO.  20-4368** |

**O R D E R**

**AND NOW**, this 3rd day of November, 2020, upon consideration of plaintiff's letter/request dated November 2, 2020,[1] for an extension of time from November 16, 2020 to November 20, 2020, by which to file a response to Defendant NBOME's Motion to Transfer per 28 U.S.C. § 1404(a) and Forum Selection Clause (Document No. 9, filed October 16, 2020), there being no objection, **IT IS ORDERED** that the request is **GRANTED**.  Plaintiff shall file and serve her response to Defendant NBOME's Motion to Transfer per 28 U.S.C. § 1404(a) and Forum Selection Clause on or before November 20, 2020.

            **BY THE COURT:**

            **/s/ Hon. Jan E. DuBois**
            _____
                **DuBOIS, JAN E., J.**

---

[1] A copy of the letter/request dated November 2, 2020 shall be docketed by the Deputy Clerk.