

Cambria Corporate Center
501 Cambria Avenue
Bensalem, PA 19020

267-685-6311
215-604-1507 (fax)
www.CharlesWeinerLaw.com

November 2, 2020

**VIA EMAIL/ <u>Chambers_of_Judge_Jan_E_Dubois@paed.uscourts.gov</u>**

The Honorable Jan E. DuBois
12613 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    Lewis v. National Board Of Osteopathic Medical Examiners
               C.A. No. 20-cv-04368

Dear Judge DuBois:

This office represents the Plaintiff in the above captioned matter. On October 16, 2020, Defendant filed a Motion to Transfer per 28 U.S.C. §1404(a) and Forum Selection Clause. This court previously granted an extension to November 16, 2020 to respond to Defendant's motion in order to take the deposition of Defendant's representative. The parties were not able to schedule the deposition until November 10, 2020. Plaintiff request's a brief extension to November 20, 2020 to file her response. The extension is necessary in order to take Defendant's representative's deposition and obtain the transcript. Defendant's counsel does not oppose the requested extension.

Thank you for your consideration.

Very truly yours,
    /s/

Charles Weiner

cc:    Mary C. Vargas, Esq. (via e-mail)
        Sydney Steele, Esq. (via e-mail)