UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
SHARMAINE LEWIS,                                    :
                                                                       :
            Plaintiff,                                              :
                                                                       :
            v.                                                        :     Case No.  20-4368
                                                                       :
NATIONAL BOARD OF OSTEOPATHIC       :
MEDICAL EXAMINERS, INC.                      :
                                                                       :
            Defendant.                                          :
_____:

**ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of Defendant's Motion To Transfer Per 28 U.S.C. §1404(a) and Forum Selection Clause and Plaintiff's Opposition thereto, it is hereby ORDERED that said Motion is Denied.

_____
DuBois, Jan E.
United States District Judge

1