# Test Accommodations

The NBOME provides reasonable and appropriate accommodations in accordance with the Americans with Disabilities Act (ADA) for candidates taking the COMLEX-USA examinations who provide the required documentation substantiating they are a person with a disability.

## Instructions to Request Test Accommodations

### Request Accommodation

Submit a request by completing the application form and sending it with the required supporting documentation to NBOME Test Accommodations.

- **By Email**
  [testacc@nbome.org](mailto:testacc@nbome.org)
- **Or By Mail**
  101 West Elm Street
  Suite 150
  Conshohocken, PA 19428

A completed application with full supporting documentation is generally evaluated and a decision rendered by the NBOME within approximately seventy-five (75) days of its receipt by the NBOME; however additional processing time may be required if additional documentation is needed.

You can schedule a standard (non-accommodated) examination while your accommodation application is pending. However, if your application is approved by the NBOME and testing accommodations are granted, and you have not yet taken the examination, you will likely need to reschedule the test depending on the nature of the approved accommodation(s). If you have taken the examination without accommodations before being notified of a decision, the NBOME will report your score as if you had not requested an accommodation.

For more details refer to the [Bulletin of Information](#).

---

**Reference Materials**

**COMLEX-USA Master Blueprint**

**Resources**

**COMLEX-USA FAQs**

**COMLEX-USA Bulletin of Information**

**COMLEX-USA for Residency Program Directors**

**NBOME Published Research**

**COMLEX-USA · Level-1 Score Release Dates**

**Fundamental Osteopathic Medical Competency Domains**

**COMSAE · Phase 1**

**Client Registration System Tutorial**

**National Board of Osteopathic Medical Examiners, Inc.**

Corporate Offices and National Center for Clinical Skills Testing: 8765 W. Higgins Rd Suite 200 · Chicago, IL 60631-4174

Executive Offices and National Center for Clinical Skills Testing: 101 West Elm Street Suite 150 · Conshohocken, PA 19428

**contact us** · **site map**

Copyright © 2020, NBOME. All rights reserved.
**Privacy Notice**

The names NBOME and the National Board of Osteopathic Medical Examiners are registered service marks of the National Board of Osteopathic Medical Examiners, Inc. (NBOME). The NBOME seal, the examination names COMAT, COMLEX, COMLEX-USA, COMSAE, COMVEX and CATALYST, and all other designated marks and styles are trademarks or service marks of the NBOME. Unauthorized use of any NBOME mark to promote the goods or services of others is prohibited and subject to all rights and remedies under applicable federal and state law.

Website developed by **Zero Defect Design LLC**.