# EXHIBIT 6

**FREEMAN MATHIS & GARY, LLP**
Attorneys at Law
BY: JENNIFER L. WARD, ESQUIRE
     CHRISTOPHER M. CURCI, ESQUIRE
Attorney ID Numbers: 85019/309820
1800 John F. Kennedy Blvd.
Suite 1500
Philadelphia, PA 19103
Phone: (267) 758-6009
Fax: (267) 239-0050
Emails: jward@fmglaw.com/ccurci@fmglaw.com
Attorneys for Defendant, National Board of Osteopathic Medical Examiners, Inc.

**16    4119**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STANLEY A. STEIN,** <br><br>                     **Plaintiff,** <br><br> v. <br><br> **NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC.,** <br><br>            **Defendant.** | **CIVIL ACTION** <br><br> **Docket No:** <br><br> **NOTICE OF REMOVAL** |

Defendant, National Board of Osteopathic Medical Examiners, Inc. (the "Defendant"), by and through its undersigned counsel, hereby give notice of removal of the above-captioned matter from the Court of Common Pleas of Delaware County, Pennsylvania, in accordance with 28 U.S.C. § 1441 inasmuch as the matter raises a federal question under 18 U.S.C. § 1961, *et seq*. In support of this Notice of Removal, Defendant respectfully submits the following:

1.     On July 1, 2016, Plaintiff, Stanley A. Stein, commenced the underlying action by way of a Complaint filed with the Court of Common Pleas of Delaware County, Pennsylvania. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit "A".

2.     Plaintiffs served the Complaint on Defendant on or about July 12, 2016.

3.     Defendant is the only defendant in this matter.

1682827_1.doc

4.      This matter may be removed on the basis of a federal question as the Complaint asserts claims for violation of the Americans with Disabilities Act ("ADA") pursuant to 42 U.S.C. § 12101, *et seq.*, and the Age Discrimination in Employment Act (ADEA), 29 U.S.C. § 621. Exhibit "A".

5.      This Notice of Removal is timely as it has been filed within thirty (30) days of service of the attached Complaint.

6.      Notice of removal has been provided this date to the Plaintiff and to the Prothonotary of the Court of Common Pleas of Delaware County, Pennsylvania. (See Exhibit "B" hereto).

7.      Attached hereto as Exhibit "C" is a true and correct copy of the docket, all process, pleadings, and orders which have been received by the Defendants in the underlying matter in the Court of Common Pleas of Delaware County, Pennsylvania, excluding the Complaint which is attached hereto as Exhibit "A".

WHEREFORE, Defendants respectfully give notice that the above-captioned matter is

hereby removed to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

**FREEMAN MATHIS & GARY, LLP**

Dated:  August 1, 2016               By:      _____

JENNIFER L. WARD, ESQUIRE
CHRISTOPHER M. CURCI, ESQUIRE
Attorneys for Defendant,
National Board of Osteopathic Medical
Examiners, Inc.

1682827_1.doc

## CERTIFICATE OF SERVICE

I, Christopher M. Curci, Esquire, attorney for Defendant, National Board of Osteopathic Medical Examiners, Inc., hereby certify that on August 1, 2016, I served a true copy of the foregoing Notice of Removal on the following counsel for Plaintiffs by way of First-class Mail, postage pre-paid:

Stewart C. Crawford, Jr., Esquire
THE LAW OFFICES OF STEWART C. CRAWFORD & ASSOCIATES
doing business as CRAWFORD LAW
55 N. Lansdowne Avenue
Lansdowne, Pa 19050

Dated: August 1, 2016              By: _____
                                        CHRISTOPHER M. CURCI, ESQUIRE